AO91 (Rev. 12/03) Criminal Complaint **FELONY** AUSA United States Courts

# UNITED STATES DISTRICT COURT
Southern District of Texas
FILED

*October 25, 2021*

Southern District Of Texas Brownsville Division

Nathan Ochsner, Clerk of Court

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Diego CHAJ-Ramos<br>A216 435 906 Guatemala<br>AKA Juan RAMONES-Chaves | Case Number: 1:21-MJ- 995 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 24, 2021** in **Cameron** County, in the **Southern District Of Texas** defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States.

in violation of Title **8** United States Code, Section(s) **1326(a)(1)/(b)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near El Ranchito, Texas on October 24, 2021. The defendant is a citizen and national of Guatemala who was previously deported, excluded or removed from the United States on October 22, 2020. The defendant was convicted of False Claim of Citizenship with Intent to Engage Unlawfully in Employment in the U.S. & Aggravated Identity Theft on January 18, 2019. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

The defendant did not have any funds at the time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Imbacuan, Gilbert D. Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

October 25, 2021 at Brownsville, Texas
Date                           City/State

Ignacio Torteya III    U.S. Magistrate Judge
Name of Judge          Title of Judge

Signature of Judge